UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
KINGVISION PAY-PER-VIEW, LTD.,
as Broadcast Licensee of the October 2, 2004
Trinidad/Mayorga Program,

                    Plaintiff,

    -against-

CASTILLO RESTAURANT CORP. d/b/a Castillo
Restaurant, and NELLY PENA, Individually and as (an)
officer(s), director(s) and/or shareholder(s) of Castillo
Restaurant Corp.; CANARIO RESTAURANT LLC d/b/a
Canario Restaurant, and JOSE A. PIMENTEL,
Individually and as (an) officer(s), director(s) and/or
shareholder(s) of Canario Restaurant LLC; CAMA FE
RESTAURANT CORP. d/b/a Camafe Restaurant, and
MARTHA M. ROSADO, Individually and as (an)
officer(s), director(s) and/or shareholder(s) of Cama Fe
Restaurant Corp.; LOS MELLIZOS BAR
RESTAURANT, CORP. d/b/a Sabrosura Bar Restaurant,
and JAIME G. HUIRACOCHA, Individually and as (an)
officer(s), director(s) and/or shareholder(s) of Los
Mellizos Bar Restaurant, Corp.

                    Defendants.
---------------------------------------------------------------- X

*3/15/07*
*[handwritten: Adopted. Enter judgment accordingly.]*
*s/ Judge Raymond J. Dearie*

**REPORT AND RECOMMENDATION**

06-CV-00617 (RJD)(KAM)

MATSUMOTO, United States Magistrate Judge:

        By order dated April 19, 2006, United States District Judge Raymond J. Dearie dismissed this action against Cama Fe Restaurant Corp. and Martha M. Rosado. By order dated June 1, 2006, Judge Dearie referred this matter, pursuant to 28 U.S.C. § 636(b), to the undersigned for an inquest on damages, following a motion by plaintiff on May 2, 2006 for entry of default judgment against defendants Castillo Restaurant Corp., Nelly Pena, Canario Restaurant LLC, Jose A. Pimentel, Los Mellizos Bar Restaurant Corp., and Jaime G. Huiracocha. Plaintiff subsequently dismissed its action against all of the defendants except